# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

EVAN BENNETT                                                    CIVIL ACTION

VERSUS

COBURN SUPPLY COMPANY,                              NO. 20-00354-BAJ-RLB
INC., ET AL.

## RULING AND ORDER

Before the Court is Plaintiff's **Unopposed Motion for Leave to File Amending Complaint (Doc. 11),** seeking leave to file a First Amending and Supplemental Petition to substitute Defendant Richard Knighten for Defendant "John Doe." The Magistrate Judge has issued a **Report And Recommendation (Doc. 12)** recommending that Plaintiff's Motion be granted, and Plaintiff's **First Amending and Supplemental Petition (Doc. 11-1)** be entered into the record. As the proposed amendment will destroy diversity among the parties, the Magistrate Judge further recommends remanding this action to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.  There are no objections to the Report and Recommendation.

Having carefully considered the underlying Petition, the instant motion, and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

1

Accordingly,

**IT IS ORDERED** that Plaintiff's **Unopposed Motion for Leave to File Amending Complaint (Doc. 11)** is **GRANTED,** and that **Plaintiff's First Amending and Supplemental Petition (Doc. 11-1)** be entered into the record under a separate docket entry.

**IT IS FURTHER ORDERED** that this action is **REMANDED** to the 19th Judicial District Court, East Baton Rouge Parish, Louisiana.

Baton Rouge, Louisiana, this 2nd day of September, 2020

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**